■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTWOIN HARRIS, Appellant. (Appeal No. 2.) [898 NYS2d 923]— Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered September 4, 2008. The judgment convicted defendant, upon a nonjury verdict, of criminal contempt in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Harris* (72 AD3d 1492 [2010]). Present—Centra, J.P., Fahey, Peradotto, Carni and Lindley, JJ.